IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR12 |
| v. | ) | |
| MARIO GUTIERREZ SIGALA, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw as counsel for defendant (Filing No. 34). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw as counsel is granted. David R. Stickman and the Office of the Federal Public Defender for the District of Nebraska are deemed withdrawn as counsel for defendant.

DATED this 15th day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court