IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR12 |
| v. | ) | |
| MARIO GUTIERREZ SIGALA, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsiderations of motion pursuant to 18 U.S.C. § 3582(c)(2), and Amendment 782 and motion to set aside order of May 9, 2016 (Filing No. 38). The Court has again reviewed the calculations of the probation office in the retroactive sentencing worksheet (Filing No. 32), as well as those of the federal public defender (Filing No. 34) and finds that defendant received a sentence lower at sentencing than what he would receive by application of Amendment 782. Thus, defendant is not entitled to a further reduction of his sentence. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration and to set aside order of May 9, 2016, is denied.

DATED this 1st day of June, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court